UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Case No. 22-42748-nhl

In re:

RSBRMK LLC

Debtor.

CHAPTER 11

DECLARATION PURSUANT
TO LOCAL RULE 1007-4

-----------------------------------------------------------X

STATE OF NEW YORK    )
                     SS.:
COUNTY OF KINGS      )

Joseph Lebovits hereby declares pursuant to 28 U.S.C. §1746 as follows:

1. I am the Sole Member of LLC and submit this Declaration pursuant to Local Rule 1007-4.

2. The Debtor is not a small business debtor within the meaning of Bankruptcy Code §101(51D).

3. The Debtor owns and manages real estate.

4. The Debtor filed a Petition under Chapter 11 after the sole secured creditor scheduled a foreclosure auction pursuant to a Judgment of Foreclosure Sale filed in the New York Supreme Court, Kings County.

5. There are no unsecured claims.

6. There is one holder of a secured claim. The holder's name is Wells Fargo Bank, 420 Montgomery Street, San Francisco, California 94101. The amount of the claim is approximately $1,200,000.00. The approximate value of the collateral securing the claim is approximately $650,000.00.

7. The Debtor's asset consists of real property located at 42 Pulaski Street, Brooklyn, New